## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHAN VERCELLINO,<br><br>                     Plaintiff,<br><br>        vs.<br><br>OPTUM INSIGHT, INC., UNITED HEALTHCARE SERVICES, INC., BOARD OF TRUSTEES OF AMERITAS HOLDING COMPANY HEALTH PLAN, and AMERITAS HOLDING COMPANY HEALTH PLAN,<br><br>                     Defendants. | **4:19-CV-3048**<br><br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order of this date,

IT IS ORDERED:

1. Defendants' Petition for Attorney's Fees and Costs (Filing 89) is denied.


Dated this 9th day of December, 2020.

BY THE COURT:

Brian C. Buescher
United States District Judge